UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JAVON DABNEY,

        Plaintiff,

v.

K. PARSONS, et al.,

        Defendants.
_____/

Case No. 1:24-cv-786

Honorable Phillip J. Green

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:  October 15, 2024

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge